**Motion Granted, Petition for Writ of Mandamus Dismissed, and Memorandum Opinion filed September 10, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00671-CV**

---

**IN RE JASON CALLICOTTE, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-29563**

---

## MEMORANDUM OPINION

On August 30, 2019, relator Jason Callicotte filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Cory Sepolio,

presiding judge of the 269th District Court of Harris County, to file relator's pleadings and request for citation.

Relator has filed motion to dismiss his petition because he claims errors by the Harris County District Clerk's Office prevented relator from receiving updates about his case. According to relator, those errors have been resolved and relator's request for relief is now moot. Relator's motion to dismiss is GRANTED.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.